# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MARISELA VEGADURAN, an individual; MSV, a minor by and through her Guardian ad Litem MARISELA VEGADURAN; ESV, a minor by and through her Guardian ad Litem MARISELA VEGADURAN; BSV, a minor by and through her Guardian ad Litem MARISELA VEGADURAN,

Plaintiffs,

v.

UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE, a public entity; DULCE A. DIAZ, an individual; and DOES 1 through 50, inclusive,

Defendants.

**CASE NO.: 2:26-cv-01832-CKD**

**~~[PROPOSED]~~ ORDER ON STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO DISMISS DEFENDANTS UNITED STATES POSTAL SERVICE, DULCE A. DIAZ, AND DOES 1 THROUGH 50**

Magistrate Judge: Hon. Carolyn K. Delaney
Action Filed: May 15, 2026

The Court has considered the parties' Stipulation for Leave to File First Amended Complaint and to Dismiss Defendants United States Postal Service, Dulce A. Diaz, and DOES 1 through 50. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs are GRANTED leave to file the First Amended Complaint attached as Exhibit "A" to the Stipulation. The First Amended Complaint is deemed filed and served as of the date of this order.

2. Pursuant to the parties' stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants United States Postal Service, Dulce A. Diaz, and DOES 1 through 50, inclusive, are dismissed from this action without prejudice, each party to bear its own attorneys'

fees and costs as to that dismissal. The Clerk of Court is directed to terminate these defendants on the docket.

3. Defendants need not answer or otherwise respond to the Complaint (ECF No. 1). Defendant United States of America shall answer or otherwise respond to the First Amended Complaint within thirty (30) days of the date of this order.

**IT IS SO ORDERED.**

Dated: November 3, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 vega1832.stip.12